Order entered November 8, 2012

004807



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01262-CR
No. 05-12-01263-CR

**BRIAN WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F12-55313-T, F12-55314-T

## ORDER

The Court **DENIES** appellant's October 26, 2012 pro se motion requesting commutation of his sentence. Appellant is represented by counsel. Appellant is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

_____
LANA MYERS
JUSTICE